OAO 240 (Rev. 10/03) DC MODIFIED



# UNITED STATES DISTRICT COURT
## For the Eastern District of Pennsylvania

Icarus Harmon

Plaintiff

V.

Sovereign Bank et. al.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

**12   2374**

CASE NUMBER: _____

I, _____Icarus Harmon_____ declare that I am the (check appropriate box)

|X| petitioner/plaintiff/movant    __ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC ' 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    __ Yes    X No    (If No, go to Part 2)

    If Yes, state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months= transactions.

2. Are you currently employed?    __ Yes    x No

    a. If the answer is Yes, state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is No, state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
       2010 around $23,000 per year working for Stouts Charter, Trenton, NJ.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | __ Yes | X No |
    | b. | Rent payments, interest or dividends | __ Yes | X No |
    | c. | Pensions, annuities or life insurance payments | __ Yes | X No |
    | d. | Disability or workers compensation payments | __ Yes | X No |
    | e. | Gifts or inheritances | X Yes | X No |
    | f. | Any other sources | X Yes | __ No |

    If the answer to any of the above is Yes, describe, in item 7 on the following page, each source of money and state the amount received and what you expect you will continue to receive.

OAO 240 (Rev. 10/03) DC MODIFIED

4. Do you have **any** cash or checking or savings accounts?    X  Yes    ___ No
   If Yes, state the total amount(s).    Less than $500.00

AO 240 Reverse (Rev. 10/03) DC MODIFIED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ___ Yes    x  No

   If Yes, describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. List Minor Children below by initials only and complete attached Reference List for those Minors.

   None

7. Additional information (include source descriptions from item 3):

   ```
   $1,750 lawsuit winnings.
   Approximately  no more than $200 per month from sister for food and travel.
   But usually no even that much.
   ```

I, Icarus Harmon _____ declare, under penalty of perjury, that the above information is true and correct.

___3/8/12___
Date                                                Signature of Applicant

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I, _____, certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____.

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner=s account was $_____, and the average monthly balance in the prisoner=s account was $_____.

_____          _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER